IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| GARY COMEAU,<br><br>　　　　　　　*Plaintiff,*<br><br>v.<br><br>SMP SPECIALTY METAL PRODUCTS INC., 1140398 ONTARIO LTD., AND JOHN CUNERTY,<br><br>　　　　　　　*Defendants*. | Case No. 2:20cv0646 RGD-LRL |

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS**

　　　PLEASE TAKE NOTICE THAT Andrew D. Gish, co-counsel for Plaintiff Gary Comeau, has changed his law firm name, street address and email address as follows, and Kayvan B. Noroozi is no longer associated with the case:

　　Andrew D. Gish
　　GISH PLLC
　　41 Madison Avenue, Floor 31
　　New York, NY 10010
　　(212) 518-7380
　　andrew@gishpllc.com.

Dated: March 8, 2021

By: _____/s/_____
Charles B. Molster, III Va. Bar No. 23613
LAW OFFICES OF CHARLES B. MOLSTER, III PLLC
2141 Wisconsin Avenue, N.W., Ste. M
Washington, D.C. 20007
(703) 346-1505
cmolster@molsterlaw.com

1

Andrew D. Gish (Admitted *pro hac vice*)
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
(212) 518-7380
andrew@gishpllc.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 8, 2021 I filed a copy of the foregoing Notice using the CM/ECF System, which will send the document to all counsel of record.

                                                                                                                      _____/s/_____
                                                                                                                     Charles B. Molster, III