# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| GARY COMEAU, <br><br> Plaintiff, <br><br> v. <br><br> SMP SPECIALTY METAL PRODUCTS INC., 1140398 ONTARIO LTD., AND JOHN CUNERTY, <br><br> Defendants. | Civil Action No. 2:20-cv-00646 <br><br> Honorable Robert G. Doumar |

### DECLARATION OF MAY A. ANIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING OR, ALTERNATIVELY, FOR LACK OF PERSONAL JURISDICTION

I, May A. Anis, declare as follows:

1.  I am a director, shareholder, and officer of Defendants SMP Specialty Metal Products Inc. ("SMP") and 1140398 Ontario Ltd. ("Ontario Ltd."). I submit this declaration in support of the Defendants' Motion to Dismiss for Lack of Standing Or, Alternatively, for Lack of Personal Jurisdiction ("Motion"). Unless otherwise indicated, I have personal knowledge of the matters stated in this declaration.

2.  Through my experiences as a director and officer of SMP and Ontario Ltd., I am knowledgeable about SMP and Ontario's regularly conducted business activities, including with respect to the procurement and maintenance of intellectual property rights.

3.  U.S. Patent Application No. 14/713,176 (the "'176 Application") was filed on 15 May, 2015, naming John Joseph Cunerty and Gary Mark Comeau as inventors. On 13 June, 2017, Mr. Cunerty and Mr. Comeau executed a document entitled "Assignment / Declaration" in

which they assigned their rights in the '176 Application to "Specialty Metal Products Inc.," among other things. It is my understanding that both Mr. Cunerty and Mr. Comeau understood they were assigning their rights to SMP Specialty Metal Products Inc. (*i.e.*, Defendant SMP), and that the omission of the leading "SMP" from the name of the entity in the assignment was a typographical error. A true and correct copy of this "Assignment / Declaration" is attached hereto as Exhibit 1. The Assignment / Declaration was filed in the United States Patent & Trademark Office ("USPTO") in connection with the '176 Application and was also recorded with the USPTO.

4. On 18 July, 2017, the '176 Application issued as U.S. Patent No. 9,708,823 (the "'823 Patent").

5. On 3 November, 2017, another document was recorded with the USPTO that referenced the '176 Application. Prior to being named "1140398 Ontario Ltd.," Defendant Ontario Ltd. was named "S.M.P. Specialty Metal Products Ltd." The name was changed by way of Articles of Amendment that were executed on 7 August, 2012. On 3 November, 2017, these Articles of Amendment were recorded with the USPTO under a "Patent Assignment Cover Sheet" that referenced the '176 Application. A true and correct copy of these "Articles of Amendment" is attached hereto as Exhibit 2.

6. Although the Articles of Amendment were recorded with the USPTO under a "Patent Assignment Cover Sheet" that references the '176 Application, the Articles themselves do not reference the '176 Application or the '823 Patent. Nor were they intended to effect an assignment of rights in the '176 Application or '823 Patent to 1140398 Ontario Ltd. Moreover, Defendant SMP has not otherwise assigned or transferred rights to the '176 Application or '823 Patent to any individual or entity. As a result, it is my understanding that it remains the sole

owner of the '823 Patent.

7.  Defendant Ontario Ltd. is a Canadian entity. It does not own or lease property in the United States, it has no other assets in the United States, and it does not conduct business or otherwise transact with anyone in the United States. It effectively operates as a holding company.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).

Executed in Ontario, Canada on: March 8, 2021

_____
May A. Anis

3

# EXHIBIT 1

504419911     06/19/2017

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT4466611

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| JOHN JOSEPH CUNERTY | 06/13/2017 |
| GARY MARK COMEAU | 06/13/2017 |

### RECEIVING PARTY DATA

| Name: | SPECIALTY METAL PRODUCTS INC. |
|---|---|
| Street Address: | 326 WATLINE AVENUE |
| City: | MISSISSAUGA |
| State/Country: | CANADA |
| Postal Code: | L4Z 1X2 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 14713176 |

### CORRESPONDENCE DATA

Fax Number: (416)361-1398

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 416-364-7311  
Email: astoddart@bereskinparr.com  
Correspondent Name: BERESKIN & PARR LLP  
Address Line 1: 4000 - 40 KING STREET WEST  
Address Line 4: TORONTO, CANADA M5H 3Y2

| ATTORNEY DOCKET NUMBER: | 24339-P46929US02 |
|---|---|
| NAME OF SUBMITTER: | NICHOLAS AITKEN |
| SIGNATURE: | /Nicholas Aitken/ |
| DATE SIGNED: | 06/19/2017 |

**Total Attachments: 4**  
source=Assignment#page1.tif  
source=Assignment#page2.tif  
source=Assignment#page3.tif  
source=Assignment#page4.tif

504419911

PATENT  
REEL: 042748 FRAME: 0293

24339-P46929US02
24339-P46929US03
24339-P46929PC00

## ASSIGNMENT / DECLARATION

WHEREAS, **JOHN JOSEPH CUNERTY**, whose full post office address is **55 Sir Williams Lane, Toronto, Ontario M9A 1V2 Canada** and **GARY MARK COMEAU** whose full post office address is **644 Mullin Way, Burlington, Ontario L7L 4J4 Canada**, (hereinafter "the Assignors") are the inventors of an invention disclosed in **United States** patent application no. **14/713,176**, filed on **May 15, 2015** entitled **LIFT ASSEMBLY AND SPA INCLUDING THE SAME**, **United States** patent application no. **14/713,193** filed **May 15, 2015** entitled **LIFT ASSEMBLY AND SPA INCLUDING THE SAME** and **PCT** international application no. **PCT/CA2015/051126** filed **November 3, 2015** entitled **LIFT ASSEMBLY AND SPA INCLUDING THE SAME** (hereinafter "the Applications").

AND WHEREAS, **SPECIALTY METAL PRODUCTS INC.** whose full post office address is **326 Watline Avenue, Mississauga, Ontario L4Z 1X2 Canada**, (hereinafter "the Assignee"), has acquired from the Assignors, their entire right, title and interest in and to the invention, in all countries of the world, including their rights to these Applications, and all related applications and patents thereon, including any and all, international, national and regional phase applications based on these Applications, and other counterpart applications in all countries, and any and all substitutes, divisionals, continuations and continuations-in-part, and any Letters Patent that may be obtained therefor, and in any and all reissues, extensions, renewals and reexaminations of such applications and patents, including the right to claim priority to these Applications, and to all related applications and patents thereon filed by the Assignors or Assignee, including the benefit of any right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it, and the benefit of

1

any right of priority provided by any convention or treaty under domestic or foreign law, and to invoke and claim any such right of priority without further written or oral authorization from the Assignors;

NOW THEREFORE, in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged, the Assignors hereby confirm that, as of the filing date of these Applications, they have assigned, and, effective as of the filing date of these Applications, do hereby sell and assign, transfer and set over to the Assignee, all their right, title and interest for Canada, the United States of America, its territories, dependencies and possessions, and for all other countries in the world, in and to the invention, including their rights to these Applications, and all related applications and patents thereon, including the right to claim priority to these Applications and to all related applications and patents thereon, to be held and enjoyed by the Assignee, its assigns and successors, as fully and entirely as the same would have been held and enjoyed by them, had this Assignment not been made.

The Assignors hereby confirm that these Applications were made or were authorized to be made by themselves and that they believe themselves to be the original inventors or joint inventors of a claimed invention in these Applications.

The Assignors shall without further consideration do all such things and execute all such documents as may be necessary or desirable to obtain and maintain these Applications for the invention, and all related applications and patents thereon, in any and all countries, and to vest title thereto in the Assignee, its successors, assigns and legal representatives or nominees.

The Assignors authorize and empower Bereskin & Parr LLP/S.E.N.C.R.L., s.r.l., whose complete address is Scotia Plaza, 40 King Street West, 40th Floor, Toronto, Ontario M5H 3Y2, to insert on this Assignment any further identification,

PATENT
REEL: 042748 FRAME: 0295

to prepare any translation which may be necessary or desirable in order to comply with the rules for recordation of this document in any country and to correct any clerical error in this Assignment.

The Commissioner of Patents & Trademarks is hereby authorized and requested to issue any Letters Patent for these Applications, and all related applications thereon, to the Assignee, for its sole use and benefit; and for the use and benefit of its successors and assigns, to the full end of the term for which Letters Patent may be granted, as fully and entirely as the same would have been held by the Assignors had this Assignment and sale not been made.

If a provision of this Assignment is or becomes illegal, invalid or unenforceable in any jurisdiction, that shall not affect the validity or enforceability in that jurisdiction of any other provision of this Assignment, or the validity or enforceability in other jurisdictions of that or any other provision of this Assignment.

The Assignors hereby acknowledge that any willful false statement made in this Assignment/declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

For the purpose of all legal proceedings this Assignment will be deemed to have been performed in the Province of Ontario and will be governed by and construed in accordance with the laws of the Province of Ontario and the laws of Canada applicable therein.

The Parties confirm their express wish that this Assignment be drawn up in the English language. *Les parties confirment leur volonté expresse que cette cession soit rédigée en langue anglaise.*

SIGNED AT _miss._, _ont._, this _3_ day of _06_, 2017.

_____  _____
Witness                  JOHN JOSEPH CUNERTY

SIGNED AT _miss._, _ont_, this _3_ day of _06_, 2017.

_____  _____
Witness                  GARY MARK COMEAU

SIGNED AT _miss._, _ont._, this _3_ day of _06_, 2017.

_____  _____
Witness                  SPECIALTY METAL PRODUCTS INC.
                         Name: John Cunerty
                         Title: President

4

# EXHIBIT 2

504626092   11/03/2017

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT4672810

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | CHANGE OF NAME |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| S.M.P. SPECIALTY METAL PRODUCTS LTD. | 08/07/2012 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | 1140398 ONTARIO LTD. |
| Street Address: | 326 WATLINE AVENUE |
| City: | MISSISSAUGA |
| State/Country: | CANADA |
| Postal Code: | L4Z 1X2 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 14713176 |

**CORRESPONDENCE DATA**

Fax Number: (416)361-1398  
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*  
Phone: 416-364-7311  
Email: astoddart@bereskinparr.com  
Correspondent Name: BERESKIN & PARR LLP  
Address Line 1: 40 KING STREET WEST, 40TH FLOOR  
Address Line 4: TORONTO, CANADA M5H 3Y2

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 24339-P46929US02 |
| **NAME OF SUBMITTER:** | NICHOLAS AITKEN |
| **SIGNATURE:** | /NICHOLAS AITKEN/ |
| **DATE SIGNED:** | 11/03/2017 |

**Total Attachments: 2**  
source=Change of Name Document#page1.tif  
source=Change of Name Document#page2.tif

| For Ministry Use Only<br>À l'usage exclusif du ministère | | Ontario Corporation Number<br>Numéro de la société en Ontario |
|---|---|---|
| Ministry of<br>Government Services<br>Ontario | Ministère des<br>Services gouvernementaux | 001140398 |

CERTIFICATE
This is to certify that these articles
are effective on

CERTIFICAT
Ceci certifie que les présents statuts
entrent en vigueur le

AUGUST 07 AOÛT, 2012

Director / Directrice
Business Corporations Act / Loi sur les sociétés par actions

RECEIVED AUG 1 0 2012

---

## ARTICLES OF AMENDMENT
## STATUTS DE MODIFICATION

Form 3
Business
Corporations
Act

Formule 3
Loi sur les
sociétés par
actions

1. The name of the corporation is: (Set out in BLOCK CAPITAL LETTERS)
   Dénomination sociale actuelle de la société (écrire en LETTRES MAJUSCULES SEULEMENT):

   S.M.P. SPECIALTY METAL PRODUCTS LTD.

2. The name of the corporation is changed to (if applicable): (Set out in BLOCK CAPITAL LETTERS)
   Nouvelle dénomination sociale de la société (s'il y a lieu) (écrire en LETTRES MAJUSCULES SEULEMENT):

   1140398 ONTARIO LTD.

3. Date of incorporation/amalgamation:
   Date de la constitution ou de la fusion:

   1995-07-25

   (Year, Month, Day)
   (année, mois, jour)

4. Complete only if there is a change in the number of directors or the minimum / maximum number of directors.
   Il faut remplir cette partie seulement si le nombre d'administrateurs ou si le nombre minimal ou maximal d'administrateurs a changé.

   Number of directors is/are:      or    minimum and maximum number of directors is/are:
   Nombre d'administrateurs:         ou    nombres minimum et maximum d'administrateurs:

   Number                            or    minimum      and      maximum
   Nombre                            ou    minimum      et       maximum

5. The articles of the corporation are amended as follows:
   Les statuts de la société sont modifiés de la façon suivante:

   THE NAME OF THE CORPORATION IS TO CHANGE FROM "S.M.P. SPECIALTY METAL PRODUCTS LTD." TO "1140398 ONTARIO LTD.".

07119 (03/2003)

**PATENT
REEL: 044749 FRAME: 0408**

2

6. The amendment has been duly authorized as required by sections 168 and 170 (as applicable) of the *Business Corporations Act*.
   *La modification a été dûment autorisée conformément aux articles 168 et 170 (selon le cas) de la Loi sur les sociétés par actions.*

7. The resolution authorizing the amendment was approved by the shareholders/directors (as applicable) of the corporation on
   *Les actionnaires ou les administrateurs (selon le cas) de la société ont approuvé la résolution autorisant la modification le*

**2012-Aug-07**

(Year, Month, Day)
*(année, mois, jour)*

These articles are signed in duplicate.
*Les présents statuts sont signés en double exemplaire.*

**S.M.P. SPECIALTY METAL PRODUCTS LTD.**

(Name of Corporation) (If the name is to be changed by these articles set out current name)
*(Dénomination sociale de la société) (Si l'on demande un changement de nom, indiquer ci-dessus la dénomination sociale actuelle).*

By/
*Par :*

(Signature)
*(Signature)*

DIRECTOR

(Description of Office)
*(Fonction)*

07119 (03/2003)