IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  2:20-cv-00646 , Case Name  Comeau v. SMP Specialty, et al.
Party Represented by Applicant:  SMP Specialty Metal Products, 1140398 Ontario Ltd., Cunerty

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Binal Jagdish Patel
Bar Identification Number  6237843     State  IL
Firm Name  Banner & Witcoff, Ltd.
Firm Phone #  312.463.5000     Direct Dial #  312.463.5463     FAX #  312.463.5001
E-Mail Address  bpatel@bannerwitcoff.com
Office **Mailing** Address  71 S. Wacker Drive, Suite 3600, Chicago, IL 60606

Name(s) of federal court(s) in which I have been admitted  N.D. IL; E.D. MI; Ct. Appeals, Fed. Cir.; Ct. Appeals, Sixth Cir.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Kirk A. Sigmon                                   4/5/2021
(Signature)                                            (Date)
Kirk A. Sigmon                                        85467
(Typed or Printed Name)                       (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____            _____
(Judge's Signature)                                        (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, thereby effecting service upon all counsel of record through the Notice of Electronic Filing issued by the system.

By: */s/ Kirk A. Sigmon*
Kirk A. Sigmon
ksigmon@bannerwitcoff.com
BANNER & WITCOFF, LTD.
1100 13th Street NW, Suite 1200
Washington, DC 20005
Tel.: (202) 824-3000
Fax: (202) 824-3001